**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | § § § § | MDL No. 3:19-md-2885 |
| This Document Relates To: Tiffany Richard Docket No. 7:20-cv-66065 | § § | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Tiffany Richard, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, District of Minnesota, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: 7/1/2022

Respectfully submitted,

*/s/ Steve Faries*
*Steve Faries*
*Admitted N. D. Fla*
*N.D. Fla. Bar No. 24040884*
*Pulaski Kherkher, PLLC*
*2925 Richmond Ave., Suite 1725*
*Houston, TX 77098*
*Telephone: (713) 664-4555*
*Email: sfaries@pulaskilawfirm.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/1/2022, I caused the foregoing Notice of Designated Forum to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Steve Faries*
Steve Faries